No. 03–78. AGELOFF *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of

certiorari denied. Certiorari denied.